# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HANNAH K. HEART | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00158 LEK-WRP |
| V. | |
| THE BANK OF NEW YORK MELLON; BANK OF AMERICA; SELECT PORTFOLIO SERVICE; SHELLPOINT MORTGAGE SERVICING; MR. COOPER; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1-100, INCLUSIVE | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Feb 26, 2025, 10:06 am Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Dismissing Plaintiff's Amended Complaint, [Filed 3/25/24] (Dkt. No. 23),] With Limited Leave to Amend", ECF No. 74, filed on January 31, 2025 and the Entering Order ("EO: Order Addressing Plaintiff's Notice of Voluntary Dismissal and Directing the Clerk's Office to Close the Case"), ECF No. 76, filed on February 26, 2025.

|  |  |
|---|---|
| February 26, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |